# United States Court of Appeals
## For the First Circuit

---

No. 19-1932

KEVIN M. KELLEY,

Petitioner, Appellant,

v.

UNITED STATES OF AMERICA,

Respondent, Appellee.

---

**ERRATA SHEET**

The opinion of this Court, issued on February 25, 2021, is amended as follows:

On page 2, footnote 2, line 8 of that footnote, replace "Kelly" with "Kelley"

- 1 -